UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States of America,

    Plaintiff,                              CIV. NO. 8:19-CV-01060

    v.

One 2017 Lamborghini Huracan,
Vehicle Identification Number
ZHWUR1ZF7HLA05916; and,

One 2017 Porsche Cayenne,
Vehicle Identification Number
WP1AA2A29HKA83052;

    Defendants *in rem*.

## APPLICATION FOR WARRANT FOR ARREST *IN REM*

Plaintiff, United States of America, by and through its undersigned attorneys, respectfully requests that the Clerk of Court issue the attached warrant of arrest *in rem*, pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure.

1. On May 1, 2019, the United States filed a Verified Complaint for civil forfeiture *in rem* in the above-referenced case. The Verified Complaint seeks the forfeiture of the defendants *in rem*, two vehicles described as:

    a. one 2017 Lamborghini Huracan with vehicle identification number ZHWUR1ZF7HLA05916; and

b. one 2017 Porsche Cayenne with vehicle identification number WP1AA2A29HKA83052.

2. The property described in paragraph 1 is within the possession, custody, or control of the United States because it has been seized by the Internal Revenue Service-Criminal Investigation, and it is not subject to a judicial restraining order.

3. Supplemental Rule G(3)(b)(i) provides that "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control and is not subject to a judicial restraining order."

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issue the attached warrant of arrest *in rem*

DATED this 1st day of May, 2019.

Respectfully submitted,

DEBORAH L. CONNOR
CHIEF
Money Laundering and Asset Recovery Section

By: ___/s/_____
Joseph Palazzo, MA Bar. No. 669666
Trial Attorney, Criminal Division
US Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1263
joseph.palazzo@usdoj.gov

And

BYUNG J. PAK
United States Attorney

Northern District of Georgia

By: \_\_\_/s/_____
James Mandolfo
Assistant United States Attorney
Florida Bar No. 96044
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000
james.mandolfo@usdoj.gov