UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States of America,

    Plaintiff,                         CIV. NO. 8:19-CV-01060

    v.

One 2017 Lamborghini Huracan,
Vehicle Identification Number
ZHWUR1ZF7HLA05916; and,

One 2017 Porsche Cayenne,
Vehicle Identification Number
WP1AA2A29HKA83052;

    Defendants *in rem*.

## WARRANT FOR ARREST *IN REM*

**TO: THE DRUG ENFORCEMENT ADMINISTRATION OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:**

WHEREAS a Verified Complaint for Forfeiture *in Rem* has been filed in the United States District Court for the Middle District of Florida on the 1st day of May, 2019, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C):

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant property, and use discretion and whatever means appropriate to protect and maintain the said defendant property, more fully described as:

      a. One 2017 Lamborghini Huracan with vehicle identification number ZHWUR1ZF7HLA05916; and

      b. One 2017 Porsche Cayenne with vehicle identification number WP1AA2A29HKA83052.

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim against the defendant property by serving upon such persons a copy of this warrant and Notice of Forfeiture, and a copy of the Verified Complaint for Forfeiture *In Rem*, in a manner consistent with the principles of service of process of an action *in rem* under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated:

                                                    _____
                                                    Clerk of the Court

                     By:   _____
                           Deputy Clerk