UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          CASE NO. 19-CV-1060

       Plaintiff,

vs.

2017 Lamborghini, Vehicle
Identification Number
ZHWUR1ZF7HLA05916; AND

2017 Porsche Cayenne, Vehicle
Identification Number
WP1AA2A29HKA83052

       Defendant *in rem*.
_____/

## VERIFIED CLAIM

1.    My name is JENNY LIZETH AMBUILA CHARA. I'm claiming the following properties:

       a. 2017 Lamborghini, Vehicle
          Identification Number: ZHWUR1ZF7HLA05916; AND

       b. 2017 Porsche Cayenne, Vehicle
          Identification Number: WP1AA2A29HKA83052

2.    I'm the legal owner of both properties. Both properties are titled under my name.

I attest and declare under penalty of perjury that the information provided in support of my claim is true and correct to the best of my knowledge and belief

_Jenny Ambuila_            _June 3 2019_
Jenny Lizeth Ambuila Chara        Date