UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States of America,

    Plaintiff,                    CIV. NO. 8:19-CV-1060-T-23JSS

    v.

One 2017 Lamborghini Huracan,
Vehicle Identification Number
ZHWUR1ZF7HLA05916; and,

One 2017 Porsche Cayenne,
Vehicle Identification Number
WP1AA2A29HKA83052;

    Defendants *in rem*.

## Joint Notice Regarding Special Interrogatories

Parties jointly notify the Court of ongoing discussions regarding special interrogatories propounded upon the Claimant on June 13, 2019. Parties are attempting to amicably resolve a disagreement over full and complete answers without litigating certain issues and have convened as recently as yesterday. Discussion is ongoing and parties will resolve differences by August 16, 2019.

DATED this 2nd day of August, 2019.

                Respectfully submitted jointly,

                JENNY LIZETH AMBUILA CHARA
                Claimant

    By: __s/George J. Vila_____
        George J. Vila, Florida Bar No. 141704
        Counsel for Jenny Lizeth Ambuila Chara
        201 Alahambra Circle, Suite 702

                      Coral Gables, FL 33134
                      (305) 445-2540
                      gvila@gjvpa.com

And

                      DEBORAH L. CONNOR
                      CHIEF
                      Money Laundering and Asset Recovery Section

By:   *s/Joseph Palazzo*
                      Joseph Palazzo, MA Bar. No. 669666
                      Trial Attorney, Criminal Division
                      US Department of Justice
                      1400 New York Avenue, NW
                      Washington, DC 20005
                      (202) 514-1263
                      joseph.palazzo@usdoj.gov

And

                      BYUNG J. PAK
                      United States Attorney
                      Northern District of Georgia

By:   *s/James D. Mandolfo*
                      James D. Mandolfo
                      Assistant United States Attorney
                      Florida Bar No. 96044
                      400 North Tampa Street, Suite 3200
                      Tampa, Florida 33602
                      (813) 274-6000
                      james.mandolfo@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 1st day of August, 2019. I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          *s/James D. Mandolfo*
          James D. Mandolfo
          Assistant United States Attorney
          Florida Bar No. 96044