UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States of America,

    Plaintiff,                    CIV. NO. 8:19-CV-1060-T-23JSS

    v.

One 2017 Lamborghini Huracan,
Vehicle Identification Number
ZHWUR1ZF7HLA05916; and,

One 2017 Porsche Cayenne,
Vehicle Identification Number
WP1AA2A29HKA83052;

    Defendants *in rem*.

## Government's Notice of Pendency of Related Action

Plaintiff, United States of America, by and through its undersigned attorneys, hereby files notice pursuant to Local Rule 1.04(d) that Criminal Case Number 8:20-CR-77-CEH-TGW, known as *United States v. Jose Ismael Irizarry and Nathalia Gomez-Irizarry*, is a "similar or related action" to the instant matter because the *res* in the instant matter is referenced in the Indictment (Dkt. 1) and involves related questions of fact, *to wit*, the nature of the funds used by the Claimant to obtain the *res*, as well as the nature of the actions taken by the Claimant before, during, and after obtaining the *res*.

DATED this 18th day of March, 2020.

                    Respectfully submitted,

DEBORAH L. CONNOR
CHIEF
Money Laundering and Asset Recovery Section

By: /s/ *Joseph Palazzo*
Joseph Palazzo, MDFL No. 0669666
Trial Attorney, Criminal Division
US Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1263
joseph.palazzo@usdoj.gov

## Certificate of Service

I hereby certify that on March 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, knowing that a copy will be automatically generated and delivered electronically to all counsel of record.

By: /s/ *Joseph Palazzo*
Joseph Palazzo, Trial Attorney
MDFL Bar No. 0669666