**REPUBLIC OF COLOMBIA**
**TWENTY-FOURTH MUNICIPAL CRIMINAL COURT**
**WITH DUE PROCESS OVERSIGHT DUTIES**
**RECORD OF A COURT HEARING**
**COURTHOUSE, COURTROOM No. 72**
Cali - Valle. Telephone: 898 68 68 Ext. 6242

| CASE FILE NUMBER | 11001-6000-096-2017-80042 | | |
|---|---|---|---|
| DATE: | AUGUST 21, 2019 | | |
| START TIME: | 11:06 A.M. | END TIME: | 1:41 P.M. |
| JUDGE: JOSE MANUEL TORRES VANEGAS | | | |

| PROSECUTOR'S OFFICE | |
|---|---|
| Prosecutor's Office | LUIS RICARDO GARCIA CORTES, Telephone: 3506011527, prosecutor supporting Dr. MARIA ISABEL RAMIREZ MELENDEZ, SPECIAL PROSECUTOR 23 AGAINST MONEY LAUNDERING |
| Address | DIAGONAL 22 B No. 52 – 01 EDIFICIO F PISO 4°. BOGOTA |
| Telephone | 570 2000 EXTENSION 1870 |

| SPECIALIST IV, SUPPORTING PROSECUTOR'S OFFICE | | |
|---|---|---|
| Name | DARWIN SARMIENTO SANDOVAL | |
| Identity document | National Identity Card No. | 87.067.233 issued in Pasto |
| Address | SUPPORT OF THE PROSECUTOR | |

| DEFENSE COUNSEL | | | |
|---|---|---|---|
| Defense attorney | MARIA DEL SOCORRO MOSQUERA MORENO | | |
| Identity document | National Identity Card No. | 31.148.759 | Professional Identity Card No. | 50.902 issued by the Supreme Court of Justice |
| Address | CARRERA 27 No. 23 – 26 Palmira | | |
| Telephone | 310 425 5841 | | |

| SUSPECT or ACCUSED | | |
|---|---|---|
| Defendant | ELBA CHARA GOMEZ | |
| Identity document | National Identity Card No. | 34.501.118 |
| Address | CALLE 34 No. 100ª-150 Tenerife Conjunto Residencial Etapa I Apartamento 2-503 Torre II - Cali | |
| In custody | UNDER HOUSE ARREST | |

| SUSPECT or ACCUSED | | |
|---|---|---|
| Defendant | JENNY LICETH AMBUILA CHARA | |
| Identity document | National Identity Card No. | 1.144.061.037 |
| Address | CALLE 34 No. 100 A-150 Tenerife Conjunto Residencial UNDER HOUSE ARREST Etapa I Apartamento 2-503 Torre II - Cali | |

| SUSPECT or ACCUSED | | |
|---|---|---|
| Defendant | OMAR AMBUILA | |
| Identity document | National Identity Card No. | 10.471.570 |
| Address | JAMUNDI CORRECTIONAL FACILITY | |
| In custody | YES | |

| VICTIM'S REPRESENTATIVE – Colombian Customs and Tax Bureau (hereinafter DIAN, in its Spanish initials) – | | |
|---|---|---|
| Name | FABIAN MAURICIO LOPEZ CAICEDO | |
| Identity document | National Identity Card No. | 87.067.233 issued in Pasto   Professional Identity Card No. 187.357 issued by the Supreme Court of Justice |
| Address | CRA 7 No. 6 C 54 – PISO 1 Edificio Sendas – BOGOTOA [*sic*] Telephone | |
| | 301 430 0076 | |
| E-mail | flopezc@dian.gov.co | |

| REPRESENTATIVE FROM THE OFFICE OF THE ATTORNEY GENERAL | | |
|---|---|---|
| Name of the Attorney Authorized to Represent the Office of the Attorney General in Court II | Special Agent Dr. GLORIA EDITH RAMIREZ ROJAS, Attorney Authorized to Represent the Office of the Attorney General in Court II | |
| Identity document | | |
| Address | BANCOLOMBIA | |

| ALLEGED CRIME |
|---|
| MONEY LAUNDERING, ILLEGAL ENRICHMENT OF PRIVATE PARTIES, CONSPIRACY, FACILITATION BY A PUBLIC SERVANT |

| MOTION |
|---|
| SUSPENSION AND CANCELLATION OF LEGAL STATUS, SUSPENSION OF THE AUTHORITY TO DISPOSE OF ASSETS FOR PURPOSES OF CONFISCATION. |

**DECISION**

**COMMENTS**: After hearing the parties, the Court **DECIDES**: <u>**ONE**</u>: TO ORDER the suspension of the legal status of the corporate name "FARES INMOBILIARIA SOCIEDAD POR ACCIONES SIMPLIFICADA," also known by the abbreviated name "FARES INMOBILIARIA S.A.S.," with Taxpayer ID No. 805028662-8 and Commercial Registration No. 621126-16, represented by Ms. ELBA CHARA GOMEZ. To this end, an official letter shall be sent via the Court Services Center in this city to the Cali Chamber of Commerce, for purposes of recording the legal measure ordered herein.

<u>**TWO**</u>: TO ORDER the suspension of the authority to dispose of assets <u>for purposes of confiscation</u>, with respect to the following motor vehicles:

**1.-) License plate**           **CQH785**
Vehicle type                     SUV
Make                             AUDI
Body style                       CAB
Line                             Q7 FI LUXURI 3 SPECIAL
Color                            WHITE
Model                            2009
Engine                           BUG078550
Chassis                          WAUZZZ4LX9D000144
Cylinder capacity                3000
Passengers                       7
Use                              PRIVATE, owned by ELBA CHARA GOMEZ.

**2.-) License plate**           **TMP803**
Vehicle type                     BUS
Make                             HINO
Body style                       ENCLOSED
Line                             XZU710L-HKFRP1
Color                            WHITE, YELLOW, BLUE, RED, GRAY
Model                            2016
Engine                           N04 CUV20919
Chassis                          9F3UCPOH1G3102258
Cylinder capacity                4009
Passengers                       25
Use                              PUBLIC, owned by OMAR AMBUILA

**3.-)** A 2017 PORSCHE CAYENNE with VIN WP1AA2A29HKA83052

**4.)** A Lamborghini with VIN ZHWUR1ZF7HLA05916

<u>**THREE**</u>: In order to comply with the foregoing, an official letter shall be sent via the Court Services Center to the Ministry of Transport, for purposes of recording the following information in the Sole National Register of Transport (hereinafter RUNT, in its Spanish initials): On this date, this court ordered the suspension of the authority to dispose of assets for purposes of confiscation, with respect to the first two vehicles mentioned above, with license plates **CQH785** and **TMP803**. In addition, an official letter shall also be sent via the Court Services Center, through the Office of International Affairs at the Office of the Prosecutor General of the Nation, to Magistrate Judge JONATHAN GOODMAN of the United States District Court for the Southern District of Florida, informing him that on this date, this court ordered the suspension of the authority to dispose of assets for purposes of confiscation, with respect to the following vehicles: a 2017 PORSCHE CAYENNE with VIN WP1AA2A29HKA83052, and a Lamborghini with VIN ZHWUR1ZF7HLA05916.

Not appealed. A copy of the record of the hearing and a recorded DVD are provided.

The Honorable

*[illegible signature]*

**JOSE MANUEL TORRES VANEGAS**

# CERTIFICATE OF TRANSLATION

I, __Jorge Mejia__, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have not been translated here.

English Title: __U.S. v. One Lamborghini__

Title: __EE.UU. c. One Lamborghini__

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this __30th__ day of __March__, 20 __20__.

_____
Signature

REPÚBLICA DE COLOMBIA
JUZGADO VEINTICUATRO PENAL MUNICIPAL
CON FUNCIONES DE CONTROL DE GARANTÍAS
ACTA DE AUDIENCIA
PALACIO DE JUSTICIA, SALA DE AUDIENCIAS N° 72
Cali – Valle. Teléfono 898 68 68 EXT. 6242

| CÓDIGO RADICACIÓN | 11001-6000-096-2017-80042 |
|---|---|
| FECHA: | AGOSTO 21 DE 2019 |
| HORA INICIO: 11:06 A.M. | HORA FINAL: 1:41 P.M. |
| JUEZ: JOSE MANUEL TORRES VANEGAS | |

### FISCALÍA

| Fiscalía | LUIS RICARDO GARCIA CORTES Telf. 3506011527 fiscal en apoyo de la doctora MARIA ISABEL RAMIREZ MELENDEZ – FISCAL 23 .ESPECIALIZADA COTNRA LAVATO DE ACTIVOS- |
|---|---|
| Dirección | DIAGONAL 22 B No. 52 – 01 EDIFICIO F PISO 4°. BOGOTA |
| Teléfono | 570 2000 EXTENSION 1870 |

### TECNICO IV FISCALIA EN APOYO

| Nombre | DARWIN SARMIENTO SANDOVAL |
|---|---|
| Documento identificación | C.C. 87.067.233 Pasto |
| Dirección | APOYO DEL FISCAL |

### DEFENSA TÉCNICA

| Defensa | MARIA DEL SOCORRO MOSQUERA MORENO |
|---|---|
| Documento identificación | C.C. 31.148.759 \| T.P. 50.902 C.S.J |
| Dirección | CARRERA 27 No. 23 – 26 Palmira |
| Teléfono | 310 425 5841 |

### INDICIADO ó IMPUTADO

| Procesado | ELBA CHARA GOMEZ |
|---|---|
| Documento identificación | C.C. 34.501.118 |
| Dirección | CALLE 34 No. 100ª-150 Tenerife Conjunto Residencial Etapa I Apartamento 2-503 Torre II - Cali |
| Privación de Libertad | EN DOMICILIARIA |

### INDICIADO ó IMPUTADO

| Procesado | JENNY LICETH AMBUILA CHARA |
|---|---|
| Documento identificación | C.C. 1.144.061.037 |
| Dirección | CALLE 34 No. 100 A-150 Tenerife Conjunto Residencial EN DOMICILIARIA Etapa I Apartamento 2-503 Torre II - Cali |

### INDICIADO ó IMPUTADO

| Procesado | OMAR AMBUILA |
|---|---|
| Documento identificación | C.C. 10.471.570 |
| Dirección | CENTREO PENITENCIARIO JAMUNDI |
| Privación de Libertad | SI |

### REPRESENTANTE VICTIMA – DIAN-

| Nombre | FABIAN MAURICIO LOPEZ CAICEDO |
|---|---|
| Documento identificación | C.C. 87.067.233 Pasto T.P. No.187.357 C.S.J. |
| Dirección | CRA 7 No. 6 C 54 – PISO 1 Edificio Sendas –BOGOTOA |
| Teléfono | 301 430 0076 |
| Correo electrónico | flopezc@dian.gov.co |

### REPRESENTANTE MINISTERIO PUBLICO

| Nombre Procuradora Judicial II | Agente Especial Dra. GLORIA EDITH RAMIREZ ROJAS- Procuradora Judicial II - |
|---|---|
| Documento identificación | |
| Dirección | BANCOLOMBIA |

### DELITO PRESUNTO

LAVADO DE ACTIVOS, ENRIQUECIMIENTO ILICITO DE PARTICULARES, CONCIERTO PARA DELINQUIR, FAVORECIMIENTO POR SERVIDOR PUBLICO

### PETICIÓN

SUSPENSION Y CANCELACION DE LA PERSONERIA JURIDICA, SUSPENSION DEL PODER DISPOSITIVO CON FINES DE COMISO.

## DECISIÓN

**OBSERVACIONES**: Una vez escuchadas las partes, el Despacho **RESUELVE: PRIMERO**: ORDENAR la suspensión de la personería jurídica de la Razón Social FARES INMOBILIARIA SOCIEDAD POR ACCIONES SIMPLIFICADA, identificada también con su sigla FARES INMOBILIARIA S.A.S., NIT 805028662-8 y con matricula mercantil No. 621126-16, representada por la señora ELBA CHARA GOMEZ para lo cual a través del Centro de Servicios judiciales de esta capital se oficiará a la Cámara de Comercio de Cali con el fin de que se inscriba la medida jurídica aquí dispuesta.

**SEGUNDO**: ORDENAR la suspensión del poder dispositivo <u>con fines de comiso,</u> de los siguientes vehículos automotores:

**1.-) Placa**     CQH785
Clase vehículo     CAMIONETA
Marca     AUDI
Carrocería     CABINADA
Línea     Q7 FI LUXURI 3 SPECIAL
Color     BLANCO
Modelo     2009
Motor     BUG078550
Chasis     WAUZZZ4LX9D000144
Cilindraje     3000
Pasajeros     7
Servicio     PARTICULAR, de propiedad de ELBA CHARA GOMEZ.

**2.-) Placa**     TMP803
Clase vehículo     BUS
Marca     HINO
Carrocería     CERRADA
Línea     XZU710L-HKFRP1
Color     BLANCO, AMARILO, AZUL, ROJO, GRIS
Modelo     2016
Motor     N04 CUV20919
Chasis     9F3UCPOH1G3102258
Cilindraje     4009
Pasajeros     25
Servicio     PUBLICO, de propiedad de OMAR AMBUILA

**3.-)** Un vehículo marca PORSCHE CAYENNE Modelo 2017 VIN No. WP1AA2A29HKA83052

**4.)** Un Automóvil marca Lamborghini VIN No. ZHWUR1ZF7HLA05916

**TERCERO**: Para dar cumplimiento a lo anterior, se oficiará a través del Centro de Servicios Judiciales al Ministerio de Transporte con el fin de que se inscriba en el Registro Único Nacional de Transporte (RUNT), que por parte de este despacho en la fecha se ordenó la suspensión del poder dispositivo con fines de comiso de los dos vehículos inicialmente mencionados de placas **CQH785** y **TMP803**. Igualmente a través del mismo centro de servicios judiciales se oficiará al Juez Magistrado de los Estados Unidos JONATHAN GOODMAN, para el Distrito Sur de la Florida, a través de la oficina de Asuntos Internacionales de la Fiscalía General de la Nación, informándole que en la fecha se ha ordenado la suspensión del poder dispositivo con fines de comiso de los vehículos marca PORSCHE CAYENNE Modelo 2017 VIN No. WP1AA2A29HKA83052 y automóvil marca Lamborghini VIN No. ZHWUR1ZF7HLA05916.

Sin Recursos. Se entrega copia del acta y DVD grabado.

El juez

**JOSE MANUEL TORRES VANEGAS**

Radicación No. **11001-6000-096-2017-80042**

2