UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States of America,

       Plaintiff,                      CIV. NO. 8:19-CV-1060-T-23JSS

       v.

One 2017 Lamborghini Huracan,
Vehicle Identification Number
ZHWUR1ZF7HLA05916; and,

One 2017 Porsche Cayenne,
Vehicle Identification Number
WP1AA2A29HKA83052;

       Defendants *in rem*.

### Sixth Status Report and
### Government Compliance with Order of the Court

Plaintiff United States of America, by and through its undersigned attorneys, respectfully responds to the Order of the Court dated June 29, 2023. Doc. 54. The Court ordered a stay of proceedings and further ordered the United States to file a status report every sixty days. *Id*. Accordingly, the Government has since filed five status reports (Doc. 55 to 59) and hereby further notifies the Court:

    1.    On May 11, 2021, an indictment was unsealed in the Middle District of Florida charging Omar Ambuila, a resident of the Republic of Colombia, with a single count of conspiracy to launder monetary instruments. Doc. 1, *United States v. Omar Ambuila*, 8:21-CR-103-VMC-

*AAS*. The United States alleges in the indictment that the Lamborghini and Porsche at issue in the instant litigation are criminally forfeitable because they are traceable to specified unlawful activity related to Omar Ambuila, claimant Jenny Lizeth Ambuila-Chara,[1] and other co-conspirators. The allegations of the indictment are consistent with the allegations of the verified complaint in the instant litigation. Doc. 1.

2.   On November 15, 2023, Ambuila was extradited to the United States and was arrested in Orlando per an arrest warrant issued in the Middle District of Florida. Doc. 22, *United States v. Omar Ambuila*, 8:21-CR-103-VMC-AAS.

3.   On November 16, 2021, Ambuila made an initial appearance in United States District Court in Tampa before the Honorable Amanda Arnold Sansone. Doc. 12, *United States v. Omar Ambuila*, 8:21-CR-103-VMC-AAS.

4.   On November 17, 2021, Ambuila, after privately retaining defense counsel Alfredo A. Izaguirre of Coral Gables, was arraigned in United States District Court in Tampa before the Honorable Amanda Arnold Sansone and ordered detained until trial. Doc. 18 and Doc. 19, *United States v. Omar Ambuila*, 8:21-CR-103-VMC-AAS.

---

[1] Ambuila-Chara is not named in the Ambuila indictment

5.     On April 8, 2024, a motion by defense counsel Izaguirre to withdraw was granted and new defense counsel, Victor D. Martinez of Tampa, was appointed.

6.     On June 18, 2024, a status hearing was held before the Honorable Virginia M. Hernandez Covington and trial was tentatively scheduled for the August 2024 trial term. A status conference is scheduled for July 18, 2024. No other events are currently scheduled in the criminal case.

The United States will file another status report in sixty days, but in the meantime will keep the Court abreast of any significant changes in the status of Ambuila and the two cars at issue in the instant matter.

                                  Respectfully submitted,

                                  MARGARET MOESER
                                  Chief
                                  Money Laundering and Asset Recovery Section

By: */s/ Joseph Palazzo*
     Joseph Palazzo, Deputy Chief
     MDFL No. 0669666
     U.S. Department of Justice, Criminal Division
     1400 New York Avenue, NW – 10th Floor
     Washington, DC 20005
     (202) 514-1263
     joseph.palazzo@usdoj.gov

Dated: July 3, 2024

## Certificate of Service

    I hereby certify that on July 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, knowing that a copy will be automatically generated and delivered electronically to all counsel of record.

                            By: */s/ Joseph Palazzo*
                                  Joseph Palazzo, Trial Attorney
                                  MDFL Bar No. 0669666